[No. 33267-8-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DANTE
HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-03016-5, Robert H. Alsdorf, J., entered
August 9, 1993. *Dismissed* by unpublished per curiam
opinion.

[No. 33437-9-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON
OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-02692-9, George T. Mattson, J., entered
September 16, 1993. *Remanded* by unpublished per curiam
opinion.

[Nos. 33698-3-I; 35938-0-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
A. DULANEY, JR., *Appellant*.

*In the Matter of the Personal Restraint Petition of*
ROBERT A. DULANEY, JR., *Petitioner*.

Appeals from judgments of the Superior Court for King
County, No. 93-1-02743-1, John M. Darrah, J., entered
October 29, 1993. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster and Cox, JJ.

[No. 33934-6-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL
ZAMORA-FARIAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07300-1, Joan DuBuque, J., entered
December 13, 1993. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Grosse and Becker, JJ.